USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_\_5/2/2025\_\_\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMANUEL DELACRUZ,

                Plaintiff(s),

      -v-

C.C. FILSON CO.,

                Defendant(s).

**ORDER**

25-CV-841 (JMF) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Plaintiff filed this case on January 28, 2025. Dkt. No. 1. On January 29, 2025, a summons was issued. Dkt. No. 5.

On April 29, 2025, Judge Furman issued an order to show cause requiring Plaintiff to communicate why he had not filed proof of service. Dkt. No. 9. Later that same day, Plaintiff filed proof of service, demonstrating that he had served Defendant on February 12, 2025, and that the answer had been due March 5, 2025. Dkt. No. 10.

To date, the docket reflects that Defendant has not appeared in this action or responded to the Complaint. Given Defendant's non-appearance since service was effected, by **May 9, 2025**, Plaintiff should either (1) initiate default judgment proceedings in accordance with Judge Furman's Individual Rule 4.I, assuming

1

Plaintiff believes that he has effectuated service, or (2) file a status letter on the docket informing the Court as to Plaintiff's litigation plan.

**SO ORDERED.**

Dated: May 2, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge