```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMANUEL DELACRUZ,

                Plaintiff,

      -v-

C.C. FILSON CO.,

                Defendant.

**ORDER**

25-CV-841 (JMF) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated January 30, 2025, this case was referred to me for settlement.

    A conference is scheduled on **July 2,** at **11:30 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 206 764 293#).

    The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

    **SO ORDERED.**

Dated: June 6, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1