UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

EMANUEL DELACRUZ, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

        Plaintiffs,

v.

C.C. FILSON CO.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:25-cv-841

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), EMANUEL DELACRUZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, C.C. FILSON CO.

Dated:   New York, New York
           Dec. 31, 2025

**GOTTLIEB & ASSOCIATES PLLC**

/s/ Jeffrey M. Gottlieb
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

SO ORDERED:

_[signature]_
United States District Court Judge
January 5, 2026